Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1752
Fax: (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com

Attorneys for Defendants Pinal County, Pinal County Board of Supervisors, Pinal County Attorney's Office, Pinal County Sheriff's Office, Pinal County Attorney Kent Volkmer and Pinal County Sheriff Mark Lamb

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Hetzel and Marilesa Money Hetzel, a married couple; Michael Coulston,<br><br>  Plaintiffs,<br><br>v.<br><br>Pinal County, a public entity; Pinal County Board of Supervisors, and its members; Pinal County Attorney Kent Volkmer, in his official capacity; Pinal County Attorney's Office, a division of Pinal County; Pinal County Sheriff Mark Lamb, in his official capacity; Pinal County Sheriff's Office, a division of Pinal County; John and Jane Does I-X - Pinal County 911 Dispatch Employees in their official capacity; and John and Jane Does I-X - Pinal County Sheriff's Office Deputies, in their official capacity,<br><br>  Defendants. | No. 2:23-cv-00218-GMS<br><br>**Stipulation and Joint Motion to Extend Deadlines**<br><br>(Assigned to the Honorable G. Murray Snow) |

The parties stipulate and jointly move the Court to extend expert disclosure deadlines in the July 20, 2023 Case Management Order (Doc. 27) for a period of 14 days. This minor adjustment will not affect any of the remaining deadlines including the dispositive motion deadline. Specifically, the parties request that the deadlines be extended as follows:

116576479.1

| Task | Current Deadline | Requested Deadline |
|---|---|---|
| Defendants' Expert Disclosure | February 9, 2024 | February 23, 2024 |
| Rebuttal Expert Disclosure | March 22, 2024 | April 5, 2024 |

The above extensions are requested for good cause in order for Defendants' expert to receive the deposition transcript of a witness who is being deposed on February 2, 2024. A proposed Order is submitted herewith.

RESPECTFULLY SUBMITTED this 12th day of January, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Georgia A. Staton
Georgia A. Staton
Ravi V. Patel
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Pinal County, Pinal County Board of Supervisors, Pinal County Attorney's Office, Pinal County Sheriff's Office, Pinal County Attorney Kent Volkmer and Pinal County Sheriff Mark Lamb

BRAD MILLER LAW

By: /s/ Brad Miller (with permission)
Brad Miller
3377 S. Price Road, Suite 2042A
Chandler, AZ 85248
Attorney for Plaintiffs

116576479.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Cecily N. Benson

116576479.1