# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Hetzel and Marilesa Money Hetzel, a married couple; Michael Coulston,<br><br>Plaintiffs,<br><br>v.<br><br>Pinal County, a public entity; Pinal County Board of Supervisors, and its members; Pinal County Attorney Kent Volkmer, in his official capacity; Pinal County Attorney's Office, a division of Pinal County; Pinal County Sheriff Mark Lamb, in his official capacity; Pinal County Sheriff's Office, a division of Pinal County; John and Jane Does I-X - Pinal County 911 Dispatch Employees in their official capacity; and John and Jane Does I-X - Pinal County Sheriff's Office Deputies, in their official capacity,<br><br>Defendants. | No. 2:23-cv-00218-GMS<br><br>**Proposed Order Extending Certain Deadlines** |

Having reviewed the parties' Stipulation and Joint Motion to Extend Deadlines, and good cause appearing,

IT IS HEREBY ORDERED that the parties' Stipulation and Joint Motion to Extend Deadlines is granted. The deadline for Defendants' expert disclosure is extended to **February 23, 2024**. The rebuttal expert disclosure deadline is extended to **April 5, 2024**.

116576637.1